Decided September 27, 2006

UNITED SOCIAL AND MENTAL HEALTH SERVICES, INC. *v.* ALMA RODOWICZ

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 34 (AC 26116), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Joseph S. Rodowicz, Jr.*, in support of the petition.

*Kathleen M. Cerrone*, in opposition.

Decided September 27, 2006